MEMORANDUM OPINION



No. 04-03-00316-CV



IN THE INTEREST OF S. D., A Child





From the 224th Judicial District Court, Bexar County, Texas


Trial Court No. 2001-PA-01778


Honorable Juan Gallardo, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: July 30, 2003


DISMISSED FOR WANT OF PROSECUTION


 Appellant's brief in this accelerated appeal was due to be filed by June 17, 2003. No
brief or motion for extension of time was filed. On June 24, 2003, we ordered appellant to
show cause no later than July 9, 2003, why this appeal should not be dismissed for want of
prosecution. See Tex. R. App. P. 38.8(a). Appellant was warned that failure to respond
would result in dismissal of the appeal. Tex. R. App. P. 42.3(c). No response has been filed.
Accordingly, the appeal is dismissed. See Tex. R. App. P. 42.3(b, c). Costs of the appeal are
taxed against appellant.

 PER CURIAM